**Order entered August 18, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00704-CV

### CTMGT FRISCO 11, LLC, Appellant

### V.

### ONCOR ELECTRIC DELIVERY COMPANY, LLC, ET AL., Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01359-2014**

## ORDER

We **GRANT** appellant's August 15, 2014 unopposed second motion for an extension of time to file its brief. Appellant shall file its brief on or before **September 17, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ADA BROWN
        JUSTICE